EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In Re:<br><br>Enmienda a la Regla 26 del Reglamento para la Asignación de Abogados y Abogadas de Oficio de Puerto Rico; efectividad de las enmiendas a la Regla 36 del Reglamento del Programa de Educación Jurídica Continua y a la Regla 9 del Reglamento del Tribunal Supremo de Puerto Rico | 2019 TSPR 83<br><br>202 DPR ____ |

Número del Caso: ER-2018-04A

Fecha: 6 de mayo de 2019

Materia: Resolución del Tribunal - Enmienda a la Regla 26 del Reglamento para la Asignación de Abogados y Abogadas de Oficio de Puerto Rico.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Enmienda a la Regla 26 del
Reglamento para la Asignación
de Abogados y Abogadas de
Oficio de Puerto Rico;
efectividad de las enmiendas a
la Regla 36 del Reglamento del
Programa de Educación Jurídica
Continua y a la Regla 9 del
Reglamento del Tribunal
Supremo de Puerto Rico

ER-2018-04A

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de mayo de 2019.

El Reglamento para la Asignación de Abogados y Abogadas de Oficio de Puerto Rico (Reglamento) se aprobó el 12 de octubre de 2018 con una vigencia diferida hasta el 1 de julio de 2019.[1] Durante los meses posteriores a su aprobación, la Oficina de Administración de los Tribunales (OAT) y sus respectivas dependencias emprendieron un esfuerzo continuo en aras de cumplir con las disposiciones del Reglamento que exigen ciertas acciones administrativas en anticipación a su entrada en vigor. A modo particular, destacamos la aprobación y publicación de las Normas para la Inscripción como Entidad u Organización Autorizada y el correspondiente formulario de solicitud (OAT 1850). Asimismo, se constituyó la Comisión Permanente para la Evaluación del Sistema de Oficio, que comenzaron los trabajos con el apoyo del Secretariado de la Conferencia Judicial y Notarial (Secretariado), según dispone la Regla 22 del Reglamento. Cabe mencionar, además, la campaña educativa continua que se implementó, la cual incluye

---

[1] *In re: Aprobación del Reglamento para la Asignación de Abogados y Abogadas de Oficio de Puerto Rico; enmienda a la Regla 36 del Regl. del PEJC y a la Regla 9 del Regl. del TSPR*, 2018 TSPR 173, 201 DPR ____ (2018).

seminarios, la publicación de material informativo en el portal de la Rama Judicial y por las redes sociales, entre otros esfuerzos.

Ante los cambios tecnológicos que plantea la implementación de este nuevo ordenamiento y el tiempo que se necesita para la capacitación de la Judicatura y del personal de la Rama Judicial, así como de la comunidad jurídica, resolvemos ampliar la vigencia diferida hasta el 1 de enero de 2020. En conformidad, se enmienda la Regla 26 para que disponga lo siguiente:

**Regla 26. Vigencia**

Este Reglamento entrará en vigor el 1 de enero de 2020.

Consecuente con lo anterior, se difiere hasta el 17 de noviembre de 2019 la vigencia de las enmiendas a la Regla 9 del Reglamento del Tribunal Supremo, que aprobamos mediante la Resolución ER 2018-04 de 12 de octubre de 2018. Por su parte, la enmienda a la Regla 36 del Reglamento del Programa de Educación Jurídica Continua introducida en virtud de la precitada Resolución entrará en vigor el 1 de enero del 2020.

Notifíquese por correo electrónico al Director Administrativo de los Tribunales, a la Directora del Secretariado de la Conferencia Judicial y Notarial, a la Directora Ejecutiva del Programa de Educación Jurídica Continua y al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo